Dismissed and Memorandum Opinion filed October 29, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00640-CV

____________

 

DELINDA CLINGAN, Individually and as Personal
Representative of the Estate of DAVID G. HERRIN, SR., DAVID G. HERRIN, JR.,
DEANNA CRAIN, and JEWELL HERRIN, Appellants

 

V.

 

E.I. DuPONT de NEMOURS AND COMPANY, CNA HOLDINGS,
INC., CELANESE, LTD., and CROWN CENTRAL PETROLEUM CORPORATION, Appellees

 



 

On Appeal from the 122nd District Court

Harris County, Texas

Trial Court Cause No. 2006-15378B

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 1, 2009. On October 21, 2009, appellants
filed an agreed motion to dismiss the appeal pursuant to the parties’ agreement.
See Tex. R. App. P. 42.1. The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Seymore and Sullivan.